```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 13-03082-JJT
Bryan H. Gottstein                                                  Chapter 13
Beverly A. Gottstein
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini           Page 1 of 1           Date Rcvd: Oct 04, 2018
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
4364904        Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Curtis E Barnes    on behalf of Debtor 2 Beverly A. Gottstein ceblaw@frontier.com
              Curtis E Barnes    on behalf of Debtor 1 Bryan H. Gottstein ceblaw@frontier.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael Joshua Shavel    on behalf of Creditor    Carrington Mortgage Services, LLC
               mshavel@hillwallack.com,   lcampbell@hillwallack.com;mosbeck@hillwallack.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Chase Auto Finance Corp. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:13-bk-03082-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Bryan H. Gottstein<br>48 Hometown Avenue<br>Tamaqua PA 18252 | Beverly A. Gottstein<br>48 Hometown Avenue<br>Tamaqua PA 18252 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/04/2018.

Name and Address of Alleged Transferor(s):

Claim No. 10: Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933

Name and Address of Transferee:

Carrington Mortgage Services, LLC
1600 South Douglass Road, Suite 200-A
Anaheim, CA 92806
Carrington Mortgage Services, LLC
1600 South Douglass Road, Suite 200-A
Anaheim, CA 92806

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/06/18

Terrence S. Miller
**CLERK OF THE COURT**