Certificate Number: 01401-PAM-DE-032032958

Bankruptcy Case Number: 13-03082



01401-PAM-DE-032032958

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 14, 2018, at 11:43 o'clock AM EST, Beverly A Gottstein completed a course on personal financial management given by telephone by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 14, 2018

By: /s/Jeremy Lark

Name: Jeremy Lark

Title: FCC Manager